# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**MONSANTO COMPANY**                                                      **PLAINTIFF**

V.                             NO. 2:04CV00208

**LENNY JOE KYLE a/k/a JOE KYLE**
**a/k/a JOEY KYLE, BILLY KYLE**
**a/k/a BROTHER KYLE a/k/a**
**BROTHER BILLY KYLE, and**
**JOE-CO**                                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to reconsider Order denying the motion to disqualify counsel. (Docket # 64). For the reasons set forth in the Court's Order dated July 27, 2005, Plaintiff's motion for reconsideration is denied.

IT IS TO ORDERED this 22nd day of August, 2005.

                                                     _____
                                                     James M. Moody
                                                     United States District Judge