IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MONSANTO COMPANY                                                    PLAINTIFF

V.                              NO.  2:04CV00208

LENNY JOE KYLE a/k/a JOE KYLE
a/k/a JOEY KYLE, BILLY KYLE
a/k/a BROTHER KYLE a/k/a
BROTHER BILLY KYLE, and
JOE-CO                                                              DEFENDANTS

## ORDER

Pending is Plaintiff's motion to reconsider Order denying the motion to disqualify counsel. (Docket # 64). For the reasons set forth in the Court's Order dated July 27, 2005, Plaintiff's motion for reconsideration is denied.

IT IS TO ORDERED this 22nd day of August, 2005.

/s/ James M. Moody
James M. Moody
United States District Judge