**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MONSANTO COMPANY**                                                       **PLAINTIFF**

**V.**                              **NO.  2:04CV00208**

**LENNY JOE KYLE a/k/a JOE KYLE
a/k/a JOEY KYLE, BILLY KYLE
a/k/a BROTHER KYLE a/k/a
BROTHER BILLY KYLE, and
JOE-CO**                                                                         **DEFENDANTS**

**<u>ORDER</u>**

After consideration of the motion to admit counsel Joseph N. Mole *pro hac vice*, and it appearing to the Court that he meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #104, should be, and hereby is, GRANTED.

this 7th day of November, 2006.

_____
James M. Moody
United States District Judge