IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MONSANTO COMPANY                                          PLAINTIFF

V.                        NO. 2:04CV00208

LENNY JOE KYLE a/k/a JOE KYLE
a/k/a JOEY KYLE, BILLY KYLE
a/k/a BROTHER KYLE a/k/a
BROTHER BILLY KYLE, and
JOE-CO                                                       DEFENDANTS

## ORDER

Pending is Defendants' unopposed motion to dismiss counterclaims and affirmative defenses of patent misuse. (Docket # 111). For good cause shown, the motion is GRANTED. Defendants' counterclaims and affirmative defenses of patent misuse set forth at paragraphs 27 - 29 of Defendants' Answer to Second Amended Complaint and Jury Demand and paragraphs 47-64 of Defendants' Second Amended Answer and Counterclaim to Plaintiffs' First Amended Complaint and Jury Demand are hereby dismissed.

IT IS SO ORDERED this 29th day of November, 2006.

_____
James M. Moody
United States District Judge