## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**MONSANTO COMPANY**                                                                                        **PLAINTIFF**

V.                                              NO. 2:04CV00208

**LENNY JOE KYLE a/k/a JOE KYLE**
**a/k/a JOEY KYLE, BILLY KYLE**
**a/k/a BROTHER KYLE a/k/a**
**BROTHER BILLY KYLE, and**
**JOE-CO**                                                                                                      **DEFENDANTS**

### ORDER

The Court has been advised that the parties have agreed to mediate this matter privately. Accordingly, the order referring this case to Magistrate Judge Henry L. Jones, Jr. for a settlement conference is hereby set aside.

IT IS SO ORDERED this 2nd day of March, 2007.

*/s/ James M. Moody*
James M. Moody
United States District Judge