IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC.                                        PLAINTIFFS

V.                                NO. 2:04CV00208

JOE KYLE a/k/a JOEY KYLE,
BILLY KYLE a/k/a BROTHER KYLE
a/k/a BROTHER BILLY KYLE, JOE-CO;
J & B AG, INC.; and
J & C AG, INC.                                                  DEFENDANTS

## ORDER

Pending are Plaintiffs' motions in limine. (Docket #'s 196 and 197). Plaintiffs seek to prohibit the Defendants from introducing any evidence disputing the seeding rate observed and calculated by Monsanto's witnesses of Defendants' 2004 soybean crop and the scientific test results of soybean samples gathered from the same crop.

The Court has previously found that the acts of the Defendants' in tilling their crops following the 2004 harvest was not wilful, deliberate or in violation of a Court order. Accordingly, the Plaintiffs' motions are denied.

IT IS SO ORDERED this 8th day of November, 2007.

James M. Moody
United States District Judge