UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY L.L.C. ) | |
| Plaintiffs, ) | |
| ) | |
| VERSUS ) | CASE NO.: 2-04-CV-208 |
| ) | |
| JOE KYLE, a/k/a JOEY KYLE, ) | |
| BILLY KYLE a/k/a BROTHER KYLE ) | |
| a/k/a BROTHER BILLY KYLE ) | |
| JOE-CO; J & B AG, INC.; and ) | |
| J & C AG, INC. ) | |
| Defendants. ) | |

## CONSENT JUDGMENT

Upon the Motion of all parties and in accordance with the terms agreed upon by the parties entered into the record of this proceeding on November 13, 2007;

Judgment is hereby entered in favor of Monsanto Company and Monsanto Technology L.L.C. and against Joe Kyle, Billy Kyle, Joe-Co Farms, J & B AG, Inc., and J & C AG, Inc., jointly and severally, in the sum of TWO HUNDRED THOUSAND ($200,000) DOLLARS.

Little Rock, Arkansas this 16 day of November, 2007.

*James M Moody*
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*[signature]*

MILES P. CLEMENTS (Bar No. 4184)
JOEL E. CAPE (La. #26001)
MICHAEL R. PHILLIPS (La. #21020)
FRILOT L.L.C.
1100 Poydras St. Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: jcape@frilotpartridge.com

and

JOHN K. BAKER (Ark. Bar No. 97024)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800

ATTORNEYS FOR THE PLAINTIFFS and
COUNTER-DEFENDANT
MONSANTO COMPANY and
MONSANTO TECHNOLOGY, LLC

AND

*[signature]*

JOHN EVERETT
EVERETT & WALES
P.O. Box 8370
Fayetteville, AR 72703
ATTORNEY FOR DEFENDANTS
JOE KYLE, a/k/a JOE KYLE,
BILLY KYLE, a/k/a BROTHER KYLE,
a/k/a BROTHER BILLY KYLE;
JOE-CO; J & B AG, INC.; AND
J & C AG, INC.