UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY L.L.C.<br>    Plaintiffs, | )<br>)<br>)<br>) | |
| VERSUS | ) | CASE NO.: 2-04-CV-208 |
| | ) | |
| JOE KYLE, a/k/a JOEY KYLE,<br>BILLY KYLE a/k/a BROTHER KYLE<br>a/k/a BROTHER BILLY KYLE<br>JOE-CO; J & B AG, INC.; and<br>J & C AG, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## SATISFACTION OF JUDGMENT

**COME NOW** Monsanto Company and Monsanto Technology, L.L.C., Plaintiffs, and represent to the Court that Judgment entered herein in Plaintiffs' favor has been paid and fully satisfied by Defendants, and hereby request that the Clerk of Court mark the said Judgment "satisfied."

Little Rock, Arkansas this 16th day of January, 2008.

Respectfully submitted,

JOHN K. BAKER (Ark. Bar No. 97024)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800

and

**MILES P. CLEMENTS (Bar No. 4184)**
**JOEL E. CAPE (La. #26001)**
**MICHAEL R. PHILLIPS (La. #21020)**
**FRILOT L.L.C.**
1100 Poydras St., Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: jcape@frilot.com

**ATTORNEYS FOR THE PLAINTIFFS and**
**COUNTER-DEFENDANT**
**MONSTANTO COMPANY and**
**MONSANTO TECHNOLOGY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

John C. Everett (john@everettfirm.com, thresha@everettfirm.com)

Jason H. Wales (jason@everettfirm.com, katrina@everettfirm.com)

/s/ **John K. Baker**